IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| JOAN DE LOS SANTOS MIESES | : | No. 22-129-2 |

### ORDER

**AND NOW**, this 12th day of July, 2022, upon consideration of Joan de los Santos Mieses's Appeal of Magistrate's Bail Order and Motion for Pre-Trial Release (Doc. No. 14), the Government's response in opposition (Doc. No. 28), and the hearing held on June 8, 2022, it is **ORDERED** that Appeal and Motion (Doc. No. 14) are **DENIED WITHOUT PREJUDICE** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**